**FILED**

Jan 04, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-JLT-SKO |
| Plaintiff, | ORDER TO UNSEAL CASE; FILE REDACTED COPY OF INDICTMENT |
| v. | |
| JOSE JOAQUIN ORELLANA, AKA "SOBERBIO", | |

The United States having applied to this Court for the indictment in the above-captioned proceedings to remain under seal, and the arrest warrant with respect to JOSE JOAQUIN ORELLANA now having been executed and the need for sealing with respect to him having ceased;

IT IS ORDERED that the indictment filed in the above-entitled matter shall be unsealed as to JOSE JOAQUIN ORELLANA; the United States shall file a copy of the indictment on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

Dated: January 4, 2023

_____
HON. BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

1