UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 22-CR-00232-3-SKO |
|---|---|
| Plaintiff, | ORDER GRANTING WAIVER OF APPEARANCE |
| v. | |
| JOSE JOAQUIN ORELLANA, | |
| Defendant. | |

Mr. Orellana's Request to Waive his Personal Appearance Under Fed.R.Crim.P. 10(b) and Fed.Crim.P. 43 for his arraignment on September 6, 2023, on the First Superseding Indictment is hereby granted. Defendant's counsel may appear by video conferencing.

IT IS SO ORDERED.

Dated:  **September 5, 2023**                   /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE