IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

**UNITED STATES OF AMERICA**,

  Plaintiff,

  v.

**JOSE JOAQUIN ORELLANA,**

  Defendant.

Case No. 1:22 -cr-00232-JCC-BAM-7

Hon. John C. Coughenour

**ORDER *EX PARTE* AND UNDER SEAL**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Jose Joaquin Orellana's *Ex Parte* Notice of Request to File Request to Continue Appointment of CJA Counsel *Ex Parte* and Under Seal is GRANTED. The Clerk shall maintain Defendant's Ex Parte Request to Continue Appointment of CJA Counsel *ex parte* and under seal.

It is so ORDERED this 18th day of November 2024.

Hon. John. C. Coughenour
U.S. District Judge