MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | WAIVER OF PERSONAL PRESENCE FOR ARRAIGNMENT PURSUANT TO FEDERAL RULE OF PROCEDURE 10(b); AND ORDER |
| v. | |
| JOSE JOAQUIN ORELLANA, | DATE: March 11, 2025 |
| Defendants. | TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Pursuant to Federal Rule of Procedure 10(b), defendant JOSE JOAQUIN ORELLANA hereby waives his right to be personally present for his arraignment scheduled for March 11, 2025 before the Hon. Barbara A. McAuliffe.

Defendant JOSE JOAQUIN ORELLANA affirms in the attached waiver that he has received a copy of the Second Superseding Indictment in this case, that his plea is not guilty, and that he wishes to enter that plea of not guilty through counsel.

Undersigned counsel affirms that defendant JOSE JOAQUIN ORELLANA has received a copy of the Second Superseding Indictment in this case and that a plea of not guilty will be entered on his behalf.

The government has no objection to defendant JOSE JOAQUIN ORELLANA waiving his personal appearance.

IT IS SO AFFIRMED AND STIPULATED.

Dated: March 5, 2025               /s/ Robert L. Veneman-Hughes
                                   ROBERT L. VENEMAN-HUGHES
                                   Assistant United States Attorney

Dated: March 5, 2025               /s/ Holly Sullivan
                                   HOLLY SULLIVAN
                                   Attorney for JOSE JOAQUIN ORELLANA

## ORDER

Defendant JOSE JOAQUIN ORELLANA and his counsel having confirmed a Fed. R. Crim. P. 10(b) waiver of appearance, IT IS SO ORDERED pursuant to Federal Rule of Criminal Procedure 10(b) that defendant JOSE JOAQUIN ORELLANA's personal appearance for arraignment in this case is waived and counsel shall appear on defendant JOSE JOAQUIN ORELLANA's behalf for the arraignment.

IT IS SO ORDERED.

Dated:   **March 5, 2025**               /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE