MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION TO RESET ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT; AND ORDER |
| v. | |
| JOSE JOAQUIN ORELLANA AMAYA, | DATE: March 11, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been charged in a second superseding indictment and needs to be arraigned on that indictment.

2. Counsel for defense is available on March 11, 2025, at 2 P.M.

3. The parties request that arraignment for the above-named defendant be set on that date and time.

4. The defendant has executed a waiver of personal appearance pursuant to Rule 10(b), and so his transport is not required.

5. No exclusion of time is necessary as time has been excluded through July 23, 2025.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION                1

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 5, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  March 5, 2025

/s/ Holly Sullivan
Holly Sullivan
Counsel for Defendant
Jose Joaquin Orellana Amaya

## ORDER

IT IS SO ORDERED that the arraignment on the second superseding indictment is advanced from March 12, 2025, to **March 11, 2025, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **March 5, 2025**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE