UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br>et al.,<br><br>　　　　　Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER ON CERTAIN DEFENDANTS' REQUESTS TO WAIVE PERSONAL APPEARANCE** |

Pursuant to the requests of the following Defendants and Federal Rule of Criminal Procedure 43(b)(3), it is hereby ordered that the personal appearances of Defendants Luis Diaz-Pineda, Jose Joaquin Orellana, Juan Carlos Urias-Torres, Julio Recinos-Sorto, and Angel Castro-Alfaro are waived for the status conference on May 5, 2025.

DATED: May 1, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 1