UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSE JOAQUIN ORELLANA (7),<br><br>       Defendant. | CASE NO.:  1:22-CR-00232-BLW-BAM<br><br>ORDER RESETTING ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT |

IT IS SO ORDERED that the arraignment on the third superseding indictment is continued from May 5, 2025, to **May 15, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean** as to Defendant Jose Joaquin Orellana (7). Time has been excluded through July 23, 2025.

  Defense counsel may appear by VTC, if Defendant files a Rule 10 waiver. If Defendant seeks to waive his appearance, he shall file a Rule 10 waiver by May 9, 2025.

IT IS SO ORDERED.

Dated: __May 2, 2025__     ___/s/ *Barbara A. McAuliffe*___
                UNITED STATES MAGISTRATE JUDGE