UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSE JOAQUIN ORELLANA,<br><br>　　Defendant. | CASE NO. 22cr232-BLW<br><br>**ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE** |

　　Motion for a waiver of defendant's personal appearance having been made in the above-entitled matter along with a signed waiver, the Court being fully advised and good cause appearing therefore

　　**IT IS HEREBY ORDERED** that the motion to waive defendant's appearance be **GRANTED**.

IT IS SO ORDERED.

Dated: **May 13, 2025**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE