UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA, et al.,<br><br>Defendants. | Case No. 1:22-cr-00232-BLW-BAM<br><br>**FIRST AMENDED CASE MANAGEMENT ORDER** |

At the status conference between the Court and all counsel on May 5, 2025, the Court invited the parties to submit proposed modifications to the Case Management Order issued on April 24, 2025 (Dkt. 298). Having reviewed the proposal, and good cause appearing, the Court now enters the following Amended Case Management Order.

Litigation Deadlines

The deadlines listed below shall govern this litigation. I expect that the parties will abide by these deadlines to ensure a timely trial. In particular, I do not intend to allow any flexibility on these briefing deadlines, which provide significantly more time than the standard criminal briefing schedule and are being set well in advance so that counsel can plan accordingly. Extensions and continuances will be granted only under genuinely extenuating circumstances.

Additionally, although the Court found excludable time through September 8, 2025, I expect that discovery efforts will continue during this period.

1. **Notice of Intent to Seek the Death Penalty for any Defendant not listed in the Government's Status Report on No-Seek Decisions at ECF No. 336**: August 4, 2025

2. **Motions to Dismiss; Challenges to the Death Penalty**

    a. Motions due on or before September 22, 2025

    b. Responses due within 28 days, latest October 20, 2025

    c. Replies due within 14 days, latest November 3, 2025

3. **Motions to Suppress Evidence; Motions for Severance; Motions regarding Jury Venire or Jury Selection Process**

    a. Motions due on or before October 6, 2025

    b. Responses due within 28 days, latest November 3, 2025

    c. Replies due within 14 days, latest November 17, 2025

4. **Government's Motion to Amend Notice of Intent to Seek Death Penalty; all other Motions not otherwise specified below**

    a. Motions due on or before December 8, 2025

    b. Responses due within 28 days, latest January 5, 2026

    c. Replies due within 14 days, latest January 19, 2026

5. **Joint Proposed Jury Questionnaire**: February 2, 2026. To the extent counsel cannot agree on specific questions, they shall state their objections thereon. I will then schedule hearings as necessary to finalize the Jury Questionnaire and the procedure for its use.

6. **Expert Disclosures**

    a. **Case-in-Chief**: February 16, 2026

    b. **Rebuttal**: March 30, 2026

7. **Motion regarding Requested Voir Dire Questions; Motions in Limine**

    a. Motions due on or before March 23, 2026

    b. Responses due within 28 days, latest April 20, 2026

    c. Replies due within 14 days, latest May 4, 2026

8. **Motions Regarding Inadequate Expert Notice and to Preclude or Limit Expert Testimony**

    a. Motions due on or before April 13, 2026

    b. Responses due within 19 days, latest April 27, 2026

    c. Replies due within 7 days, latest May 11, 2026

9. **Government Disclosure of Witness List and Exhibits; Defense Applications for Writs of Habeas Corpus Ad Testificandum; Trial Subpoenas Requiring United States Marshal Service Transport**: April 27, 2026

**10. Pretrial Conference; hearing on all pending pretrial Motions**: May 18, 2026

**11. Trial begins**: June 8, 2026

Status Conferences

To ensure a timely trial and proactively address any problems, I will hold regular status conferences with all parties. Status conferences are planned for the dates listed below and will be in person unless otherwise indicated. I may also schedule telephonic conferences to discuss discovery issues, as the need arrives.

1. **September 8, 2025**, at 1:00 p.m.
2. **October 6, 2025**, at 1:00 p.m.
3. **December 8, 2025**, at 1:00 p.m.

DATED: June 2, 2025

_____
B. Lynn Winmill
U.S. District Court Judge