UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA, et al.,<br><br>Defendants. | Case No. 1:22-cr-00232-BLW-BAM<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER** |

Following the status conference between the Court and all counsel on September 8, 2025, the Court now enters the following Second Amended Case Management Order to address the concerns raised by the parties.

Litigation Deadlines

After weighing the parties' concerns against the public's interest in the speedy resolution of this matter, I will extend the deadline for motions to dismiss, motions to suppress evidence, and motions regarding jury venire or jury selection process. I do not find good cause to extend the deadline for motions for severance, which will remain due on October 6, 2025. Going forward, I expect that the parties will abide by these deadlines to ensure a timely trial.

1. **Motions for Severance**
    a. Motions due October 6, 2025

CASE MANAGEMENT ORDER - 1

    b. Responses due November 3, 2025

    c. Replies due November 17, 2025

2. **Challenges to the Death Penalty**

    a. Motions due November 3, 2025

    b. Responses due December 5, 2025

    c. Replies due December 22, 2025

3. **Motions to Dismiss; Motions to Suppress Evidence**

    a. Motions due December 15, 2025

    b. Responses due January 12, 2026

    c. Replies due January 26, 2026

4. **Government's Motion to Renew/Amend Notice of Intent to Seek Death Penalty; Motions regarding Jury Venire or Jury Selection Process; all other Motions not otherwise specified below**

    a. Motions due January 12, 2026

    b. Responses due February 9, 2026

    c. Replies due February 23, 2026

5. **Joint Proposed Jury Questionnaire**: February 2, 2026. To the extent counsel cannot agree on specific questions, they shall state their objections thereon. I will then schedule hearings as necessary to finalize the Jury Questionnaire and the procedure for its use.

6. **Expert Disclosures**

    a. **Case-in-Chief**: March 2, 2026

    b. **Rebuttal**: March 30, 2026

7. **Motion regarding Requested Voir Dire Questions; Motions in Limine**

    a. Motions due March 23, 2026

    b. Responses due April 20, 2026

    c. Replies due May 4, 2026

8. **Motions to Preclude or Limit Expert Testimony**

    a. Motions due April 13, 2026

    b. Responses due May 11, 2026

    c. Replies due May 25, 2026

9. **Government Disclosure of Witness List and Exhibits; Defense Applications for Writs of Habeas Corpus Ad Testificandum; Trial Subpoenas Requiring United States Marshal Service Transport**: May 26, 2026

10. **Pretrial Conference; hearing on all pending pretrial Motions**: June 2, 2026

11. **Trial begins**: July 6, 2026

Status Conferences

To ensure a timely trial and proactively address any problems, I will hold regular status conferences with all parties. Status conferences are planned for the dates listed below and will be in person unless otherwise indicated. Please note that the status conference previously set for December 8, 2025, has been rescheduled to December 12, 2025.

1. **October 6, 2025**, at 1:00 p.m. (likely on Zoom)

2. **December 12, 2025**, at 1:00 p.m.

3. **February 2, 2026**, at 1:00 p.m.

DATED: September 10, 2025

_____
B. Lynn Winmill
U.S. District Court Judge