IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE RENE BARRERA MARTINEZ AND JOSE JOAQUIN ORELLANA AMAYA,<br><br>　　　　　　　Defendants. | CASE NO.  1:22-CR-000232-BLW-BAM<br><br>ORDER OF DISMISSAL |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 1:22-cr-000232-BLW-BAM against defendants defendants Jose Rene BARRERA MARTINEZ and Jose Joaquin ORELLANA AMAYA are hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　DATED: December 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　B. Lynn Winmill
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER - 1